IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 08-1093 MG |
| | ) | |
| DEAN ANTHONY TOTH | ) | |

## ORDER HOLDING DEFENDANT TO ANSWER
## IN THE WESTERN DISTRICT OF KENTUCKY

The defendant, Dean Anthony Toth, was arrested in this District on a Warrant issued on November 19, 2008, in the Western District of Kentucky, WD/KY Case No. 3:08CR-133-C, charging him with:

<u>X</u>  violations of 18 U.S.C. §§ 641, 2, 201(b)(1)(A), 1956(a)(1)(B), 1001, and 31 U.S.C. §§ 5324(a)(3)

**Section I. Preliminary Proceedings:**

<u>X</u>  No Preliminary Hearing held because:

<u>X</u>  indictment/information returned

<u>X</u>  Defendant waived identity hearing.

**Section II. Bond/Detention Proceedings.**

<u>X</u>  Government recommended and Court approved being released on his own recognizance with conditions of release, and defendant was released on <u>11/19/08</u>.

**IT IS HEREBY ORDERED:**

<u>X</u>  That defendant be HELD TO ANSWER in the Western District of Kentucky at such time and place as required by notice or order.

**It is SO ORDERED.**

<u>November 20, 2008</u>
DATE

JULIET GRIFFIN
United States Magistrate Judge